Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00889-CV

____________

 

VIOLA M.
PETTY, Independent Executrix of 

The Estate of J. L. PETTY,
Deceased, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
Probate Court
No. 3

Harris County, Texas

Trial Court Cause
No. 333,110-401

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed April 29,
2004.  On November 5, 2004, appellant
filed an unopposed motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.